# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| Brian Crosby, ) | Case No. 15-44998 |
| Debtor. ) | Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The State of Missouri, Family Support Division, for and on behalf of Department of Social Services, expects to file a priority claim in the foregoing bankruptcy case. Pursuant to FRCP 2002(g), all notices given or required to be given in this case, and all orders, applications, motions, petitions, pleadings, requests, complaints or other papers which may affect or seek to affect in any way the procedural, substantive or equitable rights or interests of the priority claimant shall be given and served on:

/s/ Eric S. Parker
Eric S. Parker  #54172MO
Assistant Circuit Attorney Child Support
1114 Market St., Suite 755
St. Louis, MO 63101
Telephone:    314-622-4021
Facsimile:    314-622-3629
Email: parkere@stlouiscao.org

## CERTIFICATE OF SERVICE

The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system on 7/11/16.

/s/ Eric S. Parker